UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

CASSAUNDRA M. SMITH,           )
                               )
            Plaintiff,         )
                               )
      v.                       )     No. 1:06CV55 TIA
                               )
MICHAEL J. ASTRUE, Commissioner)
of Social Security,            )
                               )
            Defendant.         )

## JUDGMENT

In accordance with the memorandum and order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the decision of the Commissioner be affirmed.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that Claimant's complaint be dismissed with prejudice.

Dated this  25th  day of September, 2007.

                              /s/ Terry I. Adelman
                         UNITED STATES MAGISTRATE JUDGE